UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP,        ) | |
| ) | |
| *Plaintiff*,        ) | |
| ) | |
| v.        ) | Civil Action No. 20-1586 (APM) |
| ) | |
| DEFENSE INTELLIGENCE AGENCY,        ) | |
| ) | |
| *Defendant*.        ) | |
| ) | |

## JOINT STATUS REPORT

Defendant, Defense Intelligence Agency ("DIA" or the "Agency") and Plaintiff, Willkie Farr & Gallagher LLP ("Plaintiff"), through undersigned counsel, submit this joint status report in response to the Court's Minute Order dated October 15, 2020, which directed the parties to "file an additional Joint Status Report by December 14, 2020, which advises whether any outstanding disputed issues remain and, if so, proposes a briefing schedule."

1.      On June 16, 2020, Plaintiff filed this Freedom of Information Act ("FOIA") complaint alleging that DIA failed to respond to its FOIA requests seeking "to compel [DIA] to produce records as required by law related to contractor payments to the Taliban." *See* Compl. ¶ 1. Plaintiff's complaint more specifically describes the records sought as Drug Enforcement Agency ("DEA") records it believes DIA "may be in possession of . . .  because the DEA-established Afghanistan Threat Finance Cell was sharing its intelligence with the [DIA] at the time." *See* Compl. ¶ 15.

2.      DIA previously reported that on October 13, 2020, a final determination letter was submitted to Plaintiff's counsel advising that the search was completed and no responsive records were located.

3.      The parties have since conferred regarding the possibility of resolving this matter without further litigation.

4.      Most recently, Plaintiff requested additional information regarding search adequacy.   On December 10, 2020, Defendant provided information responsive to Plaintiff's request.

5.      Additional time is needed for the parties to continue their efforts to determine if a negotiated resolution is possible and, if not, to narrow the areas of disagreement.

6.      In light of the present status, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to submit another joint status report updating the Court on their efforts to resolve this matter or proposing a briefing schedule within 60 days: on or before February 12, 2021.

*      *      *

Respectfully submitted,

/s/ *Randall Jackson*

Randall Jackson (D.C. BAR No. 490798)
Nicholas Reddick (D.C. BAR No. 1670683)
Devin Charles Ringger (D.C. BAR No. 1044160)
WILLKIE FARR & GALLAGHER LLP
1875 K Sheet, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
RJackson@willkie.com
NReddick@willkie.com
DRingger@willkie.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul A. Mussenden*

PAUL A. MUSSENDEN
Assistant United States Attorney 555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 7874
Paul.Mussenden@usdoj.gov

*Counsel for Defendant*

Dated: December 14, 2020